RECEIVED
IN MONROE, LA.
NOV 29 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 08-0058 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DEIDRE G. BUTLER | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [Doc. No. 138] is **DENIED**.

MONROE, LOUISIANA this 29 day of November, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE